

Plaintiff,
vs.
MARLA DOUGLAS,
Defendant,

No. DC-99-226
Decision

On May 1, 2001, the defendant was sentenced to imprisonment in the Montana Women's Prison for the balance of the November 9, 1999, term, to run concurrently with the sentence received in Cause No. DC-00-847.

On September 21, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kathy Anderson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 21st day of September, 2001.

DATED this 2nd day of October, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

**FROM: The District Court of the 13th Judicial District.**
**County of Yellowstone.**

STATE OF MONTANA,
Plaintiff,
vs.
MARLA DOUGLAS,
Defendant,

No. DC-00-847
Decision

On May 1, 2001, the defendant was sentenced to ten (10) years in the Montana Women's Prison, with four (4) years suspended for the offense of DUI, a felony, and for being designated a Persistent Felony Offender.

On September 21, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kathy Anderson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 21st day of September, 2001.

DATED this 2nd day of October, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

**FROM: The District Court of the 22nd Judicial District.**
**County of Carbon.**

**STATE OF MONTANA,**
 **Plaintiff,** **No. DC-00-22**
**vs.** **Decision**
**PAULETTE F. GETTER,**
 **Defendant,**

On February 5, 2001, the defendant was sentenced to fifteen (15) years in the Montana Women's Prison, with ten (10) years suspended for the offense of DUI, a felony, and for being designated a Persistent